1 | Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
CROWELL & MORING LLP
2 | 275 Battery Street, 23rd Floor
San Francisco, CA 94111
3 | Telephone: 415.986.2800
Facsimile: 415.986.2827
4
5 | Michael N. Rader (*Pro Hac Vice* pending, mrader@wolfgreenfield.com)
John L. Strand (*Pro Hac Vice* pending, jstrand@wolfgreenfield.com)
Gerald Hrycyszyn (CSB No. 227814, ghrycyszyn@wolfgreenfield.com)
6 | Eric G. Kaviar (*Pro Hac Vice* pending, ekaviar@wolfgreenfield.com)
WOLF, GREENFIELD & SACKS, P.C.
7 | 600 Atlantic Avenue
Boston, MA 02210-2206
8 | Telephone: 617.646.8000
Facsimile: 617.646.8646
9
Attorneys for Defendants
10 | E INK HOLDINGS, INC. and E INK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| COPYTELE, INC., a Delaware Corporation, | Case No. 3:13-cv-00378-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS E INK HOLDINGS, INC. AND E INK CORPORATION'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| E INK HOLDINGS, INC., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation, | [Civil L. R. 6-1(a)] |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-22628364.3

STIPULATION AND [PROPOSED] ORDER
EXTENDING E INK'S TIME TO RESPOND TO
COMPLAINT; CASE NO. 3:13-cv-00378-EMC

WHEREAS, on January 28, 2013, Plaintiff CopyTele, Inc. ("CopyTele") filed a complaint ("Complaint") against Defendants E Ink Holdings, Inc. ("E Ink Holdings"), a Taiwanese corporation, and E Ink Corporation ("E Ink Corp."), a Delaware corporation;

WHEREAS, E Ink Corp.'s response to the Complaint was due on February 22, 2013;

WHEREAS, on February 15, 2013, CopyTele and E Ink Corp. agreed and stipulated to an interim extension until March 8, 2013, for E Ink Corp. to answer or otherwise respond to the Complaint while the parties finish their negotiations on a final extension; and

WHEREAS, E Ink Holdings has agreed to waive service of summons under Rule 4 of the Federal Rules of Civil Procedure and to waive any objections to the absence of a summons or service under the laws of the United States and Taiwan;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. E Ink Holdings shall waive service of summons under the Rule 4 of the Federal Rules of Civil Procedure, and it shall waive any objections to the absence of a summons or service under the laws of the United States and Taiwan.

2. Pursuant to Civil Local Rule 6-1(a), E Ink Holdings and E Ink Corp. shall have 91 days from the date of the filing of the complaint up to and including Monday, April 29, 2013, to answer or otherwise respond to the Complaint.

Dated: March 6, 2013                    CROWELL & MORING LLP

                                        */s/ Beatrice B. Nguyen*

                                        Beatrice B. Nguyen
                                        Attorneys for Defendants
                                        E INK HOLDINGS, INC. and
                                        E INK CORPORATION

Dated: March 6, 2013

LIEFF, CABRASER, HEIMANN  
& BERNSTEIN, LLP

*/s/ David T. Rudolph*

Eric B. Fastiff  
David T. Rudolf  
Melissa Gardner  
Attorneys for Plaintiff  
COPYTELE, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 6, 2013

*/s/ Beatrice B. Nguyen*  
Beatrice B. Nguyen

## [P~~ROP~~OSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Defendants E Ink Holdings, Inc. and E Ink Corporation shall have up to and including April 29, 2013, to answer or otherwise respond to the Complaint.

Dated: March 11, 2013

IT IS SO ORDERED  
Judge Edward M. Chen

Hon. Edward M. Chen  
United States District Judge