Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Michael N. Rader (*Pro Hac Vice*, mrader@wolfgreenfield.com)
John L. Strand (*Pro Hac Vice*, jstrand@wolfgreenfield.com)
Gerald Hrycyszyn (CSB No. 227814, ghrycyszyn@wolfgreenfield.com)
Eric G. J. Kaviar (*Pro Hac Vice*, ekaviar@wolfgreenfield.com)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: 617.646.8000
Facsimile: 617.646.8646

Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPYTELE, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>E INK HOLDINGS, Inc., a Taiwanese corporation; and E INK CORPORATION, a Delaware corporation,<br><br>              Defendants. | Case No. 3:13-cv-00378-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE MAY 9 CASE MANAGEMENT CONFERENCE TO JUNE 6, 2013**<br><br>[Civil L. R. 6-2(a)] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-22524945.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC TO JUNE 6, 2013;
CASE NO. 3:13-cv-00378-EMC

1  WHEREAS, on January 28, 2013, Plaintiff CopyTele, Inc. ("CopyTele") filed the above-captioned action against Defendants E Ink Holdings, Inc. ("EIH") and E Ink Corporation ("EIC" and collectively, "E Ink");

4  WHEREAS, EIC's response to the Complaint was due on February 22, 2013;

5  WHEREAS, on February 15, 2013, CopyTele and EIC agreed and stipulated to an interim extension until March 8, 2013, for EIC to answer or otherwise respond to the Complaint while the parties finished negotiations on a final extension (Dkt. No. 12);

8  WHEREAS, on March 6, 2013, CopyTele and E Ink agreed and stipulated that E Ink will have until April 29, 2013, to answer or otherwise respond to the Complaint (Dkt. No. 25);

10  WHEREAS, on February 19, 2013, the Court issued a Case Management Scheduling Order, which set the Case Management Conference for May 2, 2013 (Dkt. No. 10);

12  WHEREAS, on March 28, 2013, the Court reset the Case Management Conference to May 9, 2013 (Dkt No. 26);

14  WHEREAS, E Ink intends to file a motion to dismiss the Complaint on or before April 29, 2013, with a noticed hearing date of June 6, 2013;

16  WHEREAS, briefing on E Ink's motion to dismiss will not yet be complete on May 9, 2013, when the Case Management Conference is currently scheduled;

18  WHEREAS, continuing the Case Management Conference until June 6, 2013, the anticipated hearing date on E Ink's motion to dismiss, would promote judicial economy and efficiency and facilitate productive case management; and

21  WHEREAS, with the Case Management Conference continued to June 6, 2013, the Case Management Conference Statement would be due on or before May 30, 2013, pursuant to Civil General Standing Order No. 6, and no other case deadline would be affected;

24  **IT IS HEREBY STIPULATED AND AGREED** that:

25  1.  The Case Management Conference scheduled for May 9, 2013, will be continued to June 6, 2013, at 1:30 p.m., the date and time that E Ink's motion to dismiss will be noticed to be heard by the Court.

28  2.  Pursuant to Civil General Standing Order No. 6, the Case Management Conference

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC TO JUNE 6, 2013;
CASE NO. 3:13-cv-00378-EMC

DCACTIVE-22524945.1

| | |
|---|---|
| 1 | Statement will be due on or before May 30, 2013. |
| 2 | Dated: April 19, 2013            CROWELL & MORING LLP |

Dated: April 19, 2013            CROWELL & MORING LLP

/s/ Beatrice B. Nguyen

Beatrice B. Nguyen
Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION

Dated: April 19, 2013            WOLF, GREENFIELD & SACKS, P.C.

/s/ Michael N. Rader

Michael N. Rader
John L. Strand
Gerald Hrycyszyn
Eric G. J. Kaviar
Attorneys for Defendants
E INK HOLDINGS, INC. and E INK CORPORATION

Dated: April 19, 2013            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

/s/ David T. Rudolph

Eric B. Fastiff
David T. Rudolph
Melissa Gardiner
Attorneys for Plaintiff COPYTELE, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: April 19, 2013            /s/ Beatrice B. Nguyen
                                          Beatrice B. Nguyen

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** For good cause shown, the Case Management Conference scheduled for May 9, 2013, is hereby continued to June 6, 2013, at 1:30 p.m. The parties shall file the joint Case Management Conference Statement on or before May 30, 2013.

Dated: _____4/22_____, 2013



Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC TO JUNE 6, 2013;
CASE NO. 3:13-CV-00378-EMC

DCACTIVE-22524945.1