1   Eric B. Fastiff (State Bar No. 182260)
    (efastiff@lchb.com)
2   David T. Rudolph (State Bar No. 233457)
    (drudolph@lchb.com)
3   Melissa A. Gardner (State Bar No. 289096)
    (mgardner@lchb.com)
4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
5   San Francisco, California  94111-3339
    Telephone:  (415) 956-1000
6   Facsimile:  (415) 956-1008

7   *Attorneys for Plaintiff CopyTele, Inc.*

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  COPYTELE, INC., a Delaware           Case No. 3:13-cv-00378-EMC
    Corporation,
13                                        **STIPULATION AND [PROPOSED]**
                 Plaintiff,               **ORDER TO MODIFY BRIEFING**
14                                        **SCHEDULE AND CONTINUE HEARING**
    v.                                    **DATE ON MOTION TO DISMISS**
15
    E INK HOLDINGS, INC., a Taiwanese    Date:      June 6, 2013
16  corporation; and E INK CORPORATION,  Time:      1:30 p.m.
    a Delaware corporation,              Dept:      Courtroom 5, 17th Floor
17                                        Judge:     The Honorable Edward M. Chen
                 Defendants.
18

19

20

21

22

23

24

25

26

27

28

                                         STIP. AND PROPOSED ORDER TO MODIFY
                                         BRIEFING SCHEDULE AND CONTINUE HRG DATE;
                                         CASE NO. 3:13-cv-00378-EMC
**Error! Unknown document property name.**

1    WHEREAS, on January 28, 2013, Plaintiff CopyTele, Inc. ("CopyTele") filed a complaint

2  ("Complaint") against Defendants E Ink Holdings, Inc., a Taiwanese corporation, and E Ink

3  Corporation, a Delaware corporation (collectively "E Ink");

4    WHEREAS, on January 28, 2013, CopyTele filed a complaint against E Ink Holdings, E

5  Ink Corp., and AU Optronics Corporation ("AUO") in the related case No. 3:13-cv-00380-EMC

6  ("Related Complaint");

7    WHEREAS, on April 29, 2013, E Ink filed a motion to dismiss all claims against it in the

8  Complaint;

9    WHEREAS, on April 29, 2013, E Ink also filed a motion to dismiss all claims against it in

10  the Related Complaint;

11    WHEREAS, on April 29, 2013, E Ink also filed a motion in the alternative to stay the

12  claims against it in the Related Complaint pending arbitration;

13    WHEREAS, on April 29, 2013, AUO filed a motion to stay the claims against it in the

14  Related Complaint and compel arbitration;

15    WHEREAS, pursuant to this Court's stipulated Order, the Case Management Conference

16  in this case is scheduled for June 6, 2013, at 1:30 p.m., the date and time that E Ink's motion to

17  dismiss and AUO's motion to compel arbitration are scheduled to be heard by the Court (Docket

18  No. 35);

19    WHEREAS, CopyTele's lead counsel, Eric Fastiff, has a conflict with the scheduled June

20  6, 2013 hearing date for the aforementioned motions and Case Management Conference; Mr.

21  Fastiff is the Chair of the Board of Trustees of his children's school and is required to preside

22  over the 8th grade graduation taking place that afternoon;

23    WHEREAS, CopyTele's responses to the defendants' motions are currently due May 13,

24  2013;

25    WHEREAS, in light of the number of motions and related issues to which CopyTele must

26  respond, CopyTele seeks a one-week extension until May 20, 2013, for CopyTele to respond to

27  the aforementioned motions;

28    WHEREAS, E Ink and AUO seek a one-week extension to file their reply briefs;

1    WHEREAS, pursuant to this Court's Notice of Unavailability this Court is unavailable

2  June 13, 2013;

3    WHEREAS, AUO's counsel are also unavailable for a hearing on June 13, 2013;

4    WHEREAS, counsel for all parties are all available for a hearing on June 27, 2013;

5    WHEREAS, continuing the Case Management Conference until June 27, 2013, the

6  same proposed hearing date as for E Ink's motion to dismiss, would promote judicial economy

7  and efficiency and facilitate productive case management; and

8    WHEREAS, with the Case Management Conference continued to June 27, 2013, the Case

9  Management Conference Statement would be due on or before June 20, 2013, pursuant to Civil

10  General Standing Order No. 6, and no other case deadline would be affected;

11    WHEREAS, the parties seek to modify the briefing schedule and continue the Case

12  Management Conference and the hearing on the motions until June 27, 2013;

13    **IT IS HEREBY STIPULATED AND AGREED** that:

14        1.  CopyTele shall file its response to E Ink's motion to dismiss the Complaint on or

15            before May 20, 2013;

16        2.  E Ink shall file its reply brief on or before June 3, 2013;

17        3.  Both the Case Management Conference and the hearing on E Ink's motion shall be

18            continued from June 6, 2013 to June 27, 2013 at 1:30 p.m.;

19        4.  Pursuant to Civil General Standing Order No. 6, the Case Management Conference

20            Statement will be due on or before June 20, 2013.

21

22

23

24

25

26

27

28

1   Dated: May 3, 2013                    LIEFF, CABRASER, HEIMANN
                                            & BERNSTEIN, LLP
2

3
                                         By:   /s/ Eric B. Fastiff
4                                                Eric B. Fastiff

5                                        Eric B. Fastiff
                                         David T. Rudolph
6                                        Melissa Gardner
                                         275 Battery Street, 29th Floor
7                                        San Francisco, CA  94111-3339
                                         Telephone:  (415) 956-1000
8                                        Facsimile:  (415) 956-1008
                                         efastiff@lchb.com
9                                        drudolph@lchb.com
                                         mgardner@lchb.com
10
                                         *Attorneys for Plaintiff COPYTELE, INC.*
11

12  Dated: May 3, 2013                    WOLF, GREENFIELD & SACKS, PC

13

14                                       By:   /s/ Michael N. Rader
                                                 Michael N. Rader
15
                                         Michael N. Rader
16                                       600 Atlantic Avenue
                                         Boston, MA 02210-2206
17                                       Telephone:  (617) 646-8000
                                         Facsimile:  (617) 646-8646
18                                       mrader@wolfgreenfield.com

19                                       *Attorneys for Defendant E INK CORPORATION*

20

21

22

23                    **ATTESTATION**

24          Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

25  filing of this document has been obtained from the other signatories.

26  DATED: May 3, 2013                    /s/ David T. Rudolph
                                                 David T. Rudolph
27

28

1095022.1                         - 3 -         STIP. AND PROPOSED ORDER TO MODIFY
                                                BRIEFING SCHEDULE AND CONTINUE HRG DATE;
                                                CASE NO. 3:13-cv-00378-EMC

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.  For good cause shown:

3

      1.      CopyTele shall file its response to E Ink's motion to dismiss the Complaint

4

(Docket No. 38) on or before May 20, 2013;

5

      2.      E Ink shall file its reply brief on or before June 3, 2013;

6

      3.      Both the Case Management Conference and the hearing on E Ink's motion shall be

7

continued from June 6, 2013 to June 27, 2013 at 1:30 p.m.;

8

      4.      Pursuant to Civil General Standing Order No. 6, the Case Management Conference

9

Statement will be due on or before June 20, 2013.

10

11

12

Dated: _____5/6_____, 2013

13

The Honorable  Edward M. Chen
United States District Judge

14

IT IS SO ORDERED

15

16

Judge Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 3, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ David T. Rudolph*
David T. Rudolph

- 5 -