UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COPYTELE, INC.,

        Plaintiff,

    v.

E INK HOLDINGS, INC., *et al.*,

        Defendants.
_____/

No. C-13-0378 EMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING filed on July 9, 2013.** The Clerk of the Court is directed to close the file in this case.

Dated: July 9, 2013

                                                  EDWARD M. CHEN
                                                  United States District Judge